1  Daniel M. Cislo (SBN 125378)
   dan@cislo.com
2  Katherine M. Bond (SBN 263020)
3  kbond@cislo.com
   **CISLO & THOMAS LLP**
4  12100 Wilshire Blvd., Ste. 1700
5  Los Angeles, CA 90025
   Telephone: (310) 979-9190
6
7  Attorneys for Plaintiff
   PATTY A. KOTERO aka APOLLONIA
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY APOLLONIA KOTERO aka APOLLONIA, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAISLEY PARK ENTERPRISES LLC, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | CASE NO.  2:25-cv-07769<br><br>**PLAINTIFF PATTY APOLLONIA KOTERO aka APOLLONIA'S NOTICE OF RELATED CASES**<br><br>[Local Rule 83-1.3] |

# NOTICE OF RELATED CASES

Pursuant to Local Rule 83-1.3, Plaintiff PATTY APOLLONIA KOTERO aka APOLLONIA, by and through her counsel of record, hereby notifies the Court that she is unaware of any pending related cases.

Respectfully submitted,
CISLO & THOMAS LLP

Dated: August 19, 2025    By:    /s/Daniel M. Cislo
Daniel M. Cislo
Katherine M. Bond

Attorneys for Plaintiff
PATTY APOLLONIA KOTERO aka APOLLONIA