Daniel M. Cislo (SBN 125378)
dan@cislo.com
Katherine M. Bond (SBN 263020)
kbond@cislo.com
CISLO & THOMAS LLP
12100 Wilshire Blvd., Ste. 1700
Los Angeles, California 90025
Telephone: (310) 979-9190

Attorneys for Plaintiff
PATTY A. KOTERO aka APOLLONIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY APOLLONIA KOTERO aka APOLLONIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PAISLEY PARK ENTERPRISES LLC, a Delaware limited liability company, and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 2:25-cv-07769-AB-PVC<br><br>**OPPOSITION OF DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint filed: August 19, 2025<br><br>Scheduling Conf.: October 24, 2025<br><br>Motion Hearing: October 24, 2025 |

The instant motion of Defendant's is directed to Plaintiff's Amended Complaint.

On September 17, 2025, Defendant Paisley Park Enterprises, LLC filed a Motion to Dismiss ("Motion").

On October 3, 2025, Plaintiff timely filed a First Amended Complaint (FAC) pursuant to Fed. R. Civ. P. 15(a)(1)(B). A copy of the FAC is marked as attachment "A" to this filing and a redline without exhibits is attached as Exhibit "B".

The FAC differs from the original complaint as follows:

1. The addition of new facts regarding the case and controversy between the parties that support Plaintiff's existing claim for declaratory relief including, but not limited to recent filings before the Trademark Trial and Appeal Board;
2. Legal authority to support Plaintiff's position that jurisdiction is proper;
3. An additional cause of action for Violations of Plaintiff's Right of Publicity;
4. Additions to Plaintiff's prayer based on the newly proposed cause of action; and
5. Non-substantive clerical corrections.

In *Ramirez v. County of San Bernardino*, 806 F.3d 1002 (9th Cir. 2015), the Ninth Circuit reversed the grant of a motion to dismiss which had been directed to a complaint that had been superseded by amendment. The Ninth Circuit explained:

> It is well-established in our circuit that an "amended complaint" supersedes the original, the latter being treated thereafter as nonexistent.1.
> In other words, "the original pleading no longer performs any function. . . ." . . . Because the Defendant's motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it.

1 | *Id.* at 1008 (internal citations omitted). See also *Certified Nutraceuticals, Inc. v. Clorox Co.*, Case No. 18-CV-0744 W (KSC), 2018 U.S. Dist. LEXIS 121896 (S.D. Cal. July 20, 2018), at *1-2; *Silva v. Ocwen Loan Servicing, LLC,* Case No. 1:17-cv-00645-SWI-MJS, 2017 U.S. Dist. LEXIS 114292, at *2 (E.D. Cal. July 21, 2017).

The filing of the amended pleading renders Defendant's Motion moot, and thus the Motion should be denied as such.

For this reason, this Court should deny Defendant's Motion as moot.

Respectfully submitted,

CISLO &THOMAS LLP

DATED: October 3, 2025    By:  /s/Daniel M. Cislo
                               Daniel M. Cislo, Esq.

                               Attorneys for Plaintiff,
                               PATTY APOLLONIA KOTERO,
                               APOLLONIA

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

On October 3, 2025, I caused a copy of the attached document to be served via First Class Mail to the addressee(s) shown below:

Jeffrey Norberg, Esq.
Neal & McDevitt, LLC
2801 Lakeside Drive, Suite 201
Bannockburn, IL 60015
jnorberg@nealmcdevitt.com

☒   **FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 3, 2025, at Costa Mesa, California.

/s/Stephanie Navarro
Stephanie Navarro

- 3 -