JEFFREY T. NORBERG
(State Bar No. 215087)
AMBER RYE BRUMFIEL
(State Bar No. 215181)
NEAL & MCDEVITT LLC
2801 Lakeside Dr., Ste. 201
Bannockburn, IL 60015-1200
Telephone:  (847) 441-9100
Facsimile:   (847) 441-0911
jnorberg@nealmcdevitt.com
abrumfiel@nealmcdevitt.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY APOLLONIA KOTERO aka APOLLONIA, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAISLEY PARK ENTERPRISES LLC, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:25-cv-07769-AB-PVC<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**Date: December 5, 2025**<br>**Time: 10:00 a.m.**<br>**Location: Courtroom 7B** |

0

NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Paisley Park Enterprises LLC ("Defendant"), by and through its attorneys, Neal & McDevitt, LLC, shall move before the Honorable André Birotte Jr., United States District Court Judge, in the United States District Court for the Central District of California, 350 W. 1st Street, Courtroom 7B, 7th Floor, Los Angeles, California 90012-4565 on December 5, 2025 at 10:00 am, for an order dismissing Plaintiff's Amended Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) as to Count One and for failure to state a claim under which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6) as to Count Two.

PLEASE TAKE FURTHER NOTICE that Defendant shall rely on the Memorandum of Points and Authorities, the Request for Judicial Notice, and the Declarations of L. Londell McMillan and Jeffrey T. Norberg, filed herewith, and any other such papers as the Court may consider.

**L.R. 7-3 Certification**

PLEASE TAKE FURTHER NOTICE that this motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 6, 2025, via telephone. The conference was attended by Katherine Bond, counsel for Plaintiff, and Jeffrey T. Norberg, counsel for Defendant. The parties thoroughly discussed Defendant's anticipated motion. Defendant's position remains that the Amended Complaint fails to facially allege an actual case or controversy, and that an actual case or controversy factually does not exist, because the sole dispute between the parties has been fully tried

to the Trademark Trial and Appeal Board and there has been no violation of Plaintiff's right of publicity. Plaintiff's position remains that there is an actual case or controversy for the Court to adjudicate and Plaintiff's rights of publicity have been violated.

DATED: October 13, 2025

                                              /s/ Jeffrey T. Norberg

                                              NEAL & MCDEVITT LLC
                                              Attorneys for Defendant