JEFFREY T. NORBERG
(State Bar No. 215087)
AMBER RYE BRUMFIEL
(State Bar No. 215181)
ROCHELLE CLAERBAUT
(Admitted *Pro Hac Vice*)
NEAL & MCDEVITT LLC
2801 Lakeside Dr., Ste. 201
Bannockburn, IL 60015-1200
Telephone:   (847) 441-9100
Facsimile:    (847) 441-0911
jnorberg@nealmcdevitt.com
abrumfiel@nealmcdevitt.com
rclaerbaut@nealmcdevitt.com

[Other attorneys appearing on the following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY APOLLONIA KOTERO aka APOLLONIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PAISLEY PARK ENTERPRISES LLC, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-07769-AB-PVC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

BEN M. DAVIDSON
(State Bar No. 181464)
Davidson Law Group
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Telephone:  (310) 473-2300
ben@dlgla.com

*Attorneys for Defendant*
Paisley Park Enterprises LLC

Daniel M. Cislo (SBN 125378)
dan@cislo.com
Katherine M. Bond (SBN 263020)
kbond@cislo.com
**CISLO & THOMAS LLP**
12100 Wilshire Blvd., Ste. 1700
Los Angeles, CA 90025
Telephone: (310) 979-9190
*Attorneys for Plaintiff*
PATTY A. KOTERO aka APOLLONIA

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Patty Apollonia Kotero aka Apollonia and Defendant Paisley Park Enterprises LLC, by and through undersigned counsel, hereby stipulate that this action is dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

SO STIPULATED:

DATED: April 8, 2026                          /s/Katherine M. Bond

                                                             Cislo & Thomas LLP
                                                             Attorneys for Plaintiff


                                                             /s/ Jeffrey T. Norberg

                                                             NEAL & MCDEVITT LLC
                                                             Attorneys for Defendant